UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/23/2025
```

----------------------------------------------------------------------X
                                         :

MONARCH PARTNERS, INC.,              :

                Plaintiffs,     :

                                           :        24-cv-9927 (LJL)

      -v-                     :

                                         :          ORDER

GIA WALSH, individual and d/b/a GG FILMS, LLC,  :

                Defendant.     :

                                         :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff has informed the court that Defendant's bankruptcy case has been dismissed and the bankruptcy stay is lifted.  Dkt. No. 16.

      Accordingly, it is ORDERED that counsel for all parties appear for an Initial Pretrial Conference by TELEPHONE on **June 26, 2025**, at 2:00 p.m.  Parties are directed to dial into the Court's new teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.

      IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.

      SO ORDERED.

Dated: May 23, 2025
      New York, New York                    _____
                                       LEWIS J. LIMAN
                              United States District Judge