UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
MONARCH PARTNERS, INC.,                                            :
:
             Plaintiffs,                                   :
:                                      24-cv-9927 (LJL)
    -v-                                                        :
:                                          ORDER
GIA WALSH, individual and d/b/a GG FILMS, LLC,                     :
:
            Defendant.                                    :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2026

LEWIS J. LIMAN, United States District Judge:

In an order dated January 20, 2026, the Court ordered the parties to appear for a telephonic hearing on the motion for default judgment on February 12, 2026.  Dkt. No. 33.  That order, which was to be served on Defendant, Dkt. No. 34, contained an error in the access code for the telephonic conference.  Accordingly, the Court therefore cancels the telephonic conference set for February 12, 2026, and reschedules it for February 25, 2026 at 12:00 p.m.  The parties are instructed to dial (646) 453-4442 and dial access code 358639322.  Plaintiff shall serve a copy of this order on Defendant and file a certificate of service on the docket.  In addition to the Bronxville address, Plaintiff shall mail this order to the physical address reflected in Dkt. No. 1-7 and the email address in Dkt. No. 1-8.

     SO ORDERED.

Dated: February 9, 2026
      New York, New York                              _____
                              LEWIS J. LIMAN
                   United States District Judge